## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALZAL CORP, | : | Civil Action No.: 12-CV-8228 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | ECF CASE |
| CINEMACAR II INC., CINEMACAR | : | |
| LEASING INC. and GUY CARNAZZA | : | |
| Defendant. | : | |
| | : | |

## DECLARATION OF KENNETH A. STERNESKY

KENNETH A. STERNESKY, being duly sworn deposes and says:

1.     I am the current owner and sole shareholder of Alzal Corp. , a New York Corporation located at 801 South Fulton St., Mount Vernon, NY 10550.

2.     I acquired said ownership interest from Alexsey Ugrinovsky on or about October 16, 2010. See Bill of Sale and NY State Department of Motor Vehicle's forms attached hereto and made a part hereof.

3.     I am listed on the aforementioned paperwork as President, Secretary and Treasurer but did not function as such.  Simultaneous with my acquisition I appointed Ilya Igdalev as Vice President to run the day to day operations of Alza Corp.

4.     Ilya Igdalev was empowered by me and had full authority to sign any and all agreements on behalf of Alzal Corp. and most certainly was authorized to sign the agreement between Cinemacar II, Inc, Cinemacar Leasing, Inc. and Alzal Corp. which is the subject matter of this litigation.

Dated:  Bayside, New York
       August 5, 2013

_Kenneth A. Sternesky_
KENNETH A. STERNESKY

TRENTON TATE
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY LIC. #01TA6214966
COMM. EXP.

Sworn to Before Me this ___th Day of August, 2013

_____
Notary Public

TRENTON TATE
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY LIC #01TA6214966
COMM. EXP. _____